# United States District Court

## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MATTHEW KELLY

**WARRANT FOR ARREST**

AGENT TO ARREST

Case Number:  1:26-MJ-0316

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MATTHEW KELLY

and bring him forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him with:  conspiracy to commit smuggling and Export Control Reform Act violations

in violation of Title 18, United States Code, Section(s) 371.

J. ELIZABETH MCBATH
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

March 20, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $_____    by_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____    _____
Name and Title of Arresting Officer

Date of Arrest:_____    _____
Signature of Arresting Officer