**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Mar 20 2026

**KEVIN P. WEIMER** , Clerk

By: s/ Neethu Varghese

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:26-mj-0316 |
| Matthew Kelly | **UNDER SEAL** |

### Motion to Seal Criminal Complaint

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the Criminal Complaint, motion to seal, and order in this case be sealed to allow law enforcement to locate and effectuate the arrest of the defendant, Matthew Kelly, without him becoming aware that law enforcement are searching for him. This will prevent the destruction of evidence, potential flight, and the changing of patterns or behaviors by Kelly.

WHEREFORE, the United States of America respectfully requests that this motion, the Criminal Complaint, and ensuing order be sealed.

Submitted this 20th day of March 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*


/s/SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov