FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 24 2026

KEVIN P. WEIMER , Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW KELLY

Criminal Action No.

1:26-mj-0316

## Motion to Unseal Criminal Complaint

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the Criminal Complaint, motion to seal, and sealing order in this case be unsealed for defendant Matthew Kelly's initial appearance. Kelly is expected to self-surrender on March 25, 2026.

WHEREFORE, the United States of America respectfully requests that this motion, the Criminal Complaint, and sealing order be unsealed.

Submitted this 24th day of March 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov