FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 24 2026

KEVIN P. WEIMER , Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:26-mj-0316 |
| MATTHEW KELLY | |

## Order

Having read and considered the government's Motion to Unseal Criminal Complaint and for good cause shown,

It is hereby ORDERED that the Criminal Complaint, the motion to seal, and the sealing order in this case be unsealed.

SO ORDERED this __24th__ day of March, 2026.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Presented by:
Samir Kaushal, Assistant United States Attorney