FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 20 2026

KEVIN P. WEIMER , Clerk

By: James Jarvis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MATTHEW KELLY

Criminal Action No.

1:26-MJ-0316-JEM

### Joint Motion to Continue Proceedings

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, and defendant Matthew Kelly, by and through his counsel, Donald F. Samuel, respectfully request, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), a 60-day continuance of the proceedings, tolling the Speedy Trial clock, in this case.

1. On March 20, 2026, a criminal complaint was issued against Kelly, charging him with conspiracy to commit smuggling and violations of the Export Control Reform Act, in violation of 18 U.S.C. § 371. Kelly self-surrendered (and thereby was arrested) on March 25, 2026. Kelly is not detained and waived a preliminary hearing.

2. Any indictment or information resulting from the charges against Kelly must be filed within 30 days of the arrest, 18 U.S.C. § 3161(b), not including any excludable time under the Speedy Trial Act.

3. Counsel for Kelly and the government are in discussions about potential resolution of the charges. Kelly requests the continuance so that he will have

sufficient time to consult with his counsel, investigate facts, and pursue plea negotiations with the government, and the ends of justice will be served by granting a 60-day continuance, and those ends outweigh the interests of the public and the defendant in a speedy trial, because such a continuance will conserve judicial resources and will allow the parties sufficient time to discuss a potential resolution of this case.

WHEREFORE, the parties move this Court for entry of an Order continuing the proceedings in this case until June 25, 2026.

Respectfully submitted, this 20th day of April, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov

2