**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Apr 20 2026

**KEVIN P. WEIMER** , Clerk

By: James Jarvis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MATTHEW KELLY

Criminal Action No.

1:26-MJ-0316-JEM

### Order

Having read and considered the parties' Joint Motion to Continue in this matter, and for good cause shown, the Court HEREBY GRANTS the motion.

It is hereby ORDERED that the Government shall have until at least June 25, 2026, to indict or otherwise formally charge the Defendant in this case.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the Court finds that the ends of justice served by granting the motion to continue outweigh the public's and Defendant's interest in a speedy trial. Specifically, this delay will allow the parties the reasonable time necessary to discuss a resolution of the allegations. Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), excludable time is allowed from April 20, 2026, through and including June 25, 2026.

SO ORDERED this 20th day of April, 2026.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Presented by:

Samir Kaushal, Assistant United States Attorney